```
*************** -COMM. JOURNAL- ******************* DATE MAY-19-2015 ***** TIME 17:31 ********

     MODE = MEMORY TRANSMISSION                START=MAY-19 17:29    END=MAY-19 17:31

        FILE NO.=233
STN   COMM.     ONE-TOUCH/    STATION NAME/EMAIL ADDRESS/TELEPHONE NO.    PAGES      DURATION
NO.             ABBR NO.

001   OK        ʙ             917576255959                               004        00:01:35


                                                     -US DISTRICT COURT         -

***** UF-7200 ********************* -          - ***** -        804 916 2209- *********
```

Clerk's Office
United States District Court
701 East Broad Street   Suite 3000
Richmond, Virginia
(804) 916-2230

Glasser and Glasser, P.L.C.

3:11CR248
U. S. v. Veronica Sharon Cunningham

# PLEASE EXPEDITE

THANK YOU!
Robert L. Walker, Deputy Clerk
(804) 916-2232

FACSIMILE
(COURT ORDER)
SENT ON
May 19, 2015   TIME: 5:20 p.m.