# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

UNITED STATES OF AMERICA

v.  Criminal No. 3:11cr248

VERONICA SHARON CUNNINGHAM

### ORDER

Having considered the Motion to Clarify the Order of Restitution (Docket No. 105), and the responses of the United States and Glasser and Glasser, P.L.C. thereto, and the United States having shown that it has no role in the forthcoming foreclosure, and the United States having established that the Court lacks subject matter jurisdiction in this case, it is hereby ORDERED that the Motion to Clarify the Order of Restitution (Docket No. 105) is denied.

The Clerk is directed to send a copy of this Order to Glen Cunningham and Glasser and Glasser, P.L.C.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: May 21, 2015